IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN C. DEPP II, JEFF BECK, and DEUCE MUSIC LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE JACKSON, <br><br> Defendant. | Civil Action No. 22-CV-00786-CCR <br><br> **ORDER** |

Upon consideration of Plaintiffs' unopposed Motion to Dismiss Without Prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2), it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

Date: 5/19/23

The Honorable Christina Reiss
United States District Court Judge